FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2015 JUL 28 PM 12: 43

MIDDLE DISTRICT
TAMPA, FLORIDA

UNITED STATES OF AMERICA

v.

DANIS DANIEL BATIOJA ARROYO,
FELIX EMILIO BERMUDEZ ANGULO, and
ISRRAEL JUAN JIRON BONILLA

CASE NO. 8:15-CR-277 T 30 AEP
46 U.S.C. § 70503(a), § 70506
21 U.S.C. § 881-Forfeiture
28 U.S.C. § 2461(c)-Forfeiture
46 U.S.C. 70507-Forfeiture

## INDICTMENT

The Grand Jury Charges:

## COUNT ONE

Beginning on an unknown date and continuing through on or about July 17, 2015, while aboard a vessel subject to the jurisdiction of the United States, the defendants,

   DANIEL DANIS BATIOJA ARROYO,
   FELIX EMILIO BERMUDEZ ANGULO, and
   JUAN ISRRAEL JIRON BONILLA

each of whom will be brought into the United States at a point in the Middle District of Florida, did knowingly and willfully combine, conspire, and agree with each other and with other persons unknown to the Grand Jury,to possess with the intent to distribute and to distribute five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, contrary to the provisions of Title 46, United States Code, Section 70503(a).

In violation of Title 46, United States Code, Sections 70506(a) and (b), and

Title 21, United States Code, Section 960(b)(1)(B)(ii).

## COUNT TWO

Beginning on an unknown date and continuing through on or about ~~June~~ July 17, 2015, while aboard a vessel subject to the jurisdiction of the United States, the defendants,

> DANIEL DANIS BATIOJA ARROYO,
> FELIX EMILIO BERMUDEZ ANGULO, and
> JUAN ISRRAEL JIRON BONILLA

each of whom will be brought into the United States at a point in the Middle District of Florida, did knowingly and intentionally, while aiding and abetting each other and other persons unknown to the Grand Jury, possess with the intent to distribute five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 46, United States Code, Sections 70503(a) and 70506(a), Title 18, United States Code, Section 2, and Title 21, United States Code, Section 960(b)(1)(B)(ii).

## FORFEITURES

1. The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 21, United States Code, Section 881, Title 46, United States Code, Section 70507, and Title 28, United States Code, Section 2461(c).

2. Upon their conviction of any of the violations alleged in Counts One

2

or Two of this Indictment, in violation of Title 46, United States Code, Section 70503, the defendants,

>DANIEL DANIS BATIOJA ARROYO,
>FELIX EMILIO BERMUDEZ ANGULO, and
>JUAN ISRRAEL JIRON BONILLA,

shall forfeit to the United States, pursuant to Title 46, United States Code, Section 70507, Title 21, United States Code, Section 881(a), and Title 28, United States Code, Section 2461(c), any and all property described in Title 21, United States Code, Section 881(a), including, but not limited to:

    a. Property furnished or intended to be furnished in exchange for a controlled substance;

    b. Property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such violations; and

    c. All moneys and conveyances used or intended to be used to commit, or to facilitate the commission of the alleged offense.

4. If any of the property described above, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or,

    e. has been commingled with other property, which cannot be

divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property under the provision of Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON

A. LEE BENTLEY, III
United States Attorney

By: _____
JAMES C. PRESTON, JR.
Assistant United States Attorney

By: _____
JOSEPH K. RUDDY
Assistant United States Attorney
Chief, Narcotics Section

T:\_Criminal Cases\A\Arroyo, Daniel_2015RPEND_JCP\p_Indictment.docx

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

DANIEL DANIS BATIOJA ARROYO,
FELIX EMILLO BERMUDEZ ANGULO, and
JUAN ISRAEL JIRON BONILLA

**INDICTMENT**

Violations:

Title 46, United States Code, Sections 70503(a), 70506

A true bill,

*[signature]*
Foreperson

Filed in open court this 28th day

of July 2015.

Clerk

Bail   $ _____